**Jaburg & Wilk, P.C.**
3200 N. Central Avenue, 20th Floor
Phoenix, AZ 85012
602.248.1000

Jennifer R. Erickson (015045)
jre@jaburgwilk.com

Attorneys for Defendant GEICO Casualty Company

## UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Jacob Sebag,<br><br>  Plaintiff,<br><br>v.<br><br>GEICO Casualty Company; John Does I-X; ABC Corporations I-X; and Black and White Partnerships and/or Sole Proprietorships, I-X,<br><br>  Defendants. | Case No.<br><br>**Notice of Removal** |

Defendant GEICO Casualty Company, through undersigned counsel, hereby files its Notice of Removal of this action to the United States District Court for the District of Arizona and states as follows:

1. On or about May 28, 2014, Plaintiff filed a Complaint alleging breach of contract, uninsured motorist benefits, bad faith, negligence, negligent hiring, intentional infliction of emotional distress and unlawful practices pursuant to A.R.S. Title 44, Article 7 – consumer fraud against Defendant in the Superior Court of the State of Arizona, in and for the County of Maricopa under the caption "Jacob Sebag vs. GEICO Casualty Company." A copy of the Summons, Complaint and Certificate of Compulsory Arbitration is attached hereto at Exhibit A. Defendant was served with the Complaint on June 20, 2014, through the Department of Insurance.

2.	Defendant GEICO Casualty Company is a foreign corporation with its principal place of business in Chevy Chase, Maryland. Plaintiff is a resident of Maricopa County, Arizona.

3.	This Court has original jurisdiction over this civil action pursuant to 28 U.S.C. § 1332 in that Plaintiff alleges the matter in controversy exceeds the sum or value of $75,000 exclusive of interest and costs, and the action is between citizens of different states. As such, this action may be removed to this Court pursuant to the provision of 28 U.S.C. § 1441, et seq.

4.	This Notice of Removal is filed within thirty (30) days after service of the Complaint and is therefore timely filed under 28 U.S.C. § 1446(d).

5.	Written notice of the filing of this Notice of Removal will be given to all adverse parties as required by law and a true and correct copy of this Notice will be filed with the Clerk of the Superior Court of the State of Arizona, in and for the County of Pima.

6.	A Notice of Filing Notice of Removal was filed with the Superior Court and a copy of the same is attached at Exhibit B.

WHEREFORE, Defendant respectfully requests that this action be removed to this Court.

DATED this 18th day of July, 2014.

**Jaburg & Wilk, P.C.**

s/Jennifer R. Erickson
_____
Jennifer R. Erickson
Attorneys for Defendant GEICO Casualty Company

*Certificate of Service*

I hereby certify that on the 18th day of July, 2014, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing, and for transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Larry A. Zier, Esq.
LAW OFFICES OF LARRY A. ZIER, P.C.
7339 East Sixth Avenue
Scottsdale, AZ 85251
Attorneys for Plaintiff

s/Andrea Thute